# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of: )
)
information associated with Google Account )
donspaintingrocks@gmail.com, the cellular telephone ) Case No. 19-MJ-1249
number 414-899-6082, or the alternate email address )
rock2don@yahoo.com that is stored at premises owned, )
maintained, controlled, or operated by Google, Inc. )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE  6/14/19  (*not to exceed 14 days*)
☒ in the daytime between 6:00 a.m. and 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Honorable William E. Duffin                          .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6/3/19 @ 2:00 p.m.      _William E. Duffin_
                                              *Judge's signature*

City and State: Milwaukee, Wisconsin          Honorable William E. Duffin  , U.S. Magistrate Judge
                                              *Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

## Return

| Case No: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 19-MJ-1249 | 6/4/19 | N/A |

Inventory made in the presence of:

N/A  Electronic Retrieval

Inventory of the property taken and/or name of any person(s) seized:

Data files regarding Donald Neumann google accounts downloaded from Google on 9/3/2019, and inventoried by ATF.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 9/5/19

*Executing officer's signature*

Rick Hankins, SA
*Printed name and title*

Subscribed, sworn to, and returned before me this date:

Date: 9/5/19

*United States Magistrate Judge*

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with Google Account donspaintingrocks@gmail.com, the cellular telephone number 414-899-6082, or the alternate email address rock2don@yahoo.com (the "account") that is stored at premises owned, maintained, controlled, or operated by Google, Inc. ("Google"), a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043.

Google shall also disclose certain records and information associated with any forwarding or fetching accounts of the account, all other Google Accounts linked to the account because of cookie overlap, all other Google Accounts that list the same SMS phone number as the account, all other Google Accounts that list the same recovery or alternate email address as the account, and all other Google Accounts that share the same creation IP address as the Account.

29

## ATTACHMENT B

**Particular Things to be Seized**

### I.  Information to be disclosed by Google

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Google, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Google is required to disclose the following information to the government, in an unencrypted form whenever available, for each account or identifier listed in Attachment A:

1. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers, email addresses (including primary, alternate, rescue, and notification email addresses, and verification information for each email address), the date on which the account was created, the length of service, the IP address used to register the account, account status, associated devices, methods of connecting, means and source of payment (including any credit or bank account numbers), and account change history;

2. All records or other information regarding the devices associated with, or used in connection with, the account (including all current and past trusted or authorized Android and iOS devices and computers, and any devices used to access Google services and products), including serial numbers, Unique Device Identifiers ("UDID"), Advertising Identifiers ("IDFA"), Global Unique Identifiers ("GUID"), Media Access Control ("MAC") addresses,

30

Integrated Circuit Card ID numbers ("ICCID"), Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifiers ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers ("MSISDN"), International Mobile Subscriber Identities ("IMSI"), and International Mobile Station Equipment Identities ("IMEI");

3. All records pertaining to devices (including but not limited to Android devices) from which the Account registered or accessed any Google service, to include device serial numbers, model type/number, Device ID, IMEI, MEID, cellular network, phone numbers, MAC addresses, user agent strings, IP addresses, and associated logs and user settings;

4. All records pertaining to the types of service used;

5. All activity, connection, and transactional logs for the account (with associated IP addresses including source port numbers), including query logs, mail logs, sign-on logs for all Google services, and logs associated with web-based access of Google services (including all associated identifiers);

6. All search and browsing history associated with the account from November 5, 2015 to present;

7. All Internet search and browsing history, including records associated with Web & App Activity, Web History, and Chrome; the contents of any Chrome data associated with the account, to include bookmarks, passwords, and history; any saved autofill information; and all URLs or IP addresses typed into the Google Chrome address bar or URLs or IP addresses clicked on;

31

8. All records and information regarding locations where the account or devices associated with the account were accessed with timestamps between November 30, 2016 and December 4, 2016 or with timestamps between December 31, 2018 and January 4, 2019;

9. All location data with timestamps between November 30, 2016 and December 4, 2016 or with timestamps between December 31, 2018 and January 4, 2019, whether derived from data sourced from GPS, cell site information, wi-fi, Bluetooth, sensor data, IP addresses, search history, advertising data, metadata (including EXIF) of images and videos, or any other source.

   a. This includes all data associated with Location Services, Location Reporting, Location History, Web & App Activity, and Google's advertising services (including "locations of interest" and other data used by Google for its ad-targeting services) and all information associated with each location record, (including the source, date and time, latitude and longitude, estimated accuracy, device, platform, and inferences drawn from sensor data).

10. All Google Maps and Waze data with timestamps between November 30, 2016 and December 4, 2016 or with timestamps between December 31, 2018 and January 4, 2019, including all saved and starred locations, information associated with search history, locations and other data associated with the use of My Maps and Location Sharing, and the logs and metadata associated with all of the above;

11. The SSIDs and MAC addresses for all wi-fi access points that have been detected by or connected to devices associated with the account with timestamps between November 30,

2016 and December 4, 2016 or with timestamps between December 31, 2018 and January 4, 2019;

12. All records pertaining to communications between Google and any person regarding the account, including contacts with support services and records of actions taken;

13. All files, keys, or other information necessary to decrypt any data produced in an encrypted form, when available to Google; and

14. Any preserved or backup copies of any of the records or information described above, whether created in response to a preservation request issued pursuant to 18 U.S.C. § 2703(f) or otherwise.

Google is hereby ordered to disclose the above information to the government within 14 days of service of this warrant.

33

## II. Information to be seized by the government

15. All records and information described above in Section I that constitutes evidence or instrumentalities of violations involving DONALD NEUMANN or MATTHEW NEUMANN of the following laws of the United States:

   a. Title 18, United States Code, Section 844(i) on or about January 2, 2019;
   b. Title 18, United States Code, Section 844(m) on or about January 2, 2019;
   c. Title 18, United States Code, Section 1519 since on or about January 1, 2019;
   d. Title 18, United States Code, Section 922(a)(6) on or about November 5, 2015; or
   e. Title 18, United States Code, Section 922(d)(9) on or about November 5, 2015.

This includes records and information relating to the following matters:

   a. The identity of the person(s) who created or used the account;

   b. How and when the account was accessed or used, to determine the chronological and geographic context of account access, use and events relating to the crimes under investigation and the account subscriber;

   c. The relationship between Donald Neumann and Matthew Neumann;

   d. The use, possession, custody, or control of the phone number (414) 350-7417;

   e. The use, possession, custody, or control of the phone number (414) 899-6082;

   f. Phone numbers associated with Donald Neumann;

   g. Phone numbers associated with Matthew Neumann;

   h. Email addresses associated with Donald Neumann

   i. Land leased by Matthew Neumann located in the vicinity of Mukwonago, Wisconsin;

   j. A Home Depot in the vicinity of Mukwonago, Wisconsin;

   k. A Citgo gas station located at 610 West Becher Street in Milwaukee, Wisconsin;

34

l. The knowledge, use, possession, custody, or control of accelerants, ignitable liquids, or heat sources;

m. Donald Neumann's schedule, travel, or location on or about December 1, 2016, December 2, 2016, and January 2, 2019;

n. Matthew Neumann's schedule, travel, or location on or about December 1, 2016, December 2, 2016, and January 2, 2019;

o. *State v. Matthew J. Neumann*, Milwaukee County Case No. 2015CF004844;

p. Casey W. Steiner;

q. Alpha Gunsmith;

r. The transfer or disposition of firearms between Donald Neumann and Matthew Neumann;

s. Firearms recovered from the possession, custody, or control of Matthew Neumann or Spot Free Cleaning in January 2019;

t. Matthew Neumann's purchase, possession, use, transfer, disposition, or discharge of a firearm or firearms from November 5, 2015 to the present;

u. Donald Neumann's purchase, possession, use, transfer, disposition, or discharge of a firearm or firearms from November 5, 2015 to the present;

v. The motive, intent, or knowledge of the violations described above;

w. Preparatory steps taken in furtherance of the violations described above;

x. The concealment or destruction of evidence of the violations described above;

y. The subscriber's state of mind as it relates to the crimes under investigation; and

z. Evidence that may identify any co-conspirators or aiders and abettors, including records that help reveal their whereabouts.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage and any photographic form.

35